UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAGAR SAGAR,

    Petitioner,

v.

WARDEN OF THE BLUEBONNET
DETENTION FACILITY, et al.,

    Respondents.

No. 1:26-CV-278-H

## ORDER OF DISMISSAL

Before the Court is the petitioner's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 2. The Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on June ___, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE